# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UBS FINANCIAL SERVICES INC.,

    Plaintiff,

-vs-                                    Case No. 14-C-1521

PAUL E. WESTPHAL,

    Defendant.

## DECISION AND ORDER

Defendant UBS Financial Services Inc. ("UBS") has filed a motion for entry of judgment (ECF No. 6) with a proposed judgment providing for the award of "$335,805.52 plus interest at the prime rate of 2% for the period from June 24, 2014 until paid." Although not mentioned, this provision includes prejudgment interest running from June 24, 2014, through the entry date of the judgment and post-judgment interest running from the date judgment is entered until paid. The dollar amount of the prejudgment interest is not specified.

With respect to an award of prejudgment interest, generally the judgment is not final until the amount of interest is calculated. *See Student Loan Mktg. Ass'n. v. Lipman,* 45 F.3d 173, 175 (7th Cir. 1995). Thus, UBS must supplement its motion by filing documents that provide a dollar

amount for such interest along with supporting documentation — such as calculations and a formula for ascertaining the interest amount, and a revised proposed judgment specifying the dollar amount of the prejudgment interest award. *See id*. The calculation should be based on an anticipated entry of judgment on the first business day after the date UBS files its document.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

**No later than July 17, 2015,** UBS **MUST SUPPLEMENT** its motion for entry of judgment in a manner consistent with this Decision.

Dated at Milwaukee, Wisconsin, this 17th day of June, 2015.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**